AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| LINCOLN ROAD PRODUCTIONS, INC. <br> *Plaintiff* <br> v. <br> THE REIGN ENTERTAINMENT GROUP, ET AL <br> *Defendant* | ) <br> ) <br> )  Civil Action No. 12-1895 JAG <br> ) <br> ) |

14 MISC 00419

RECEIVED DEC 18 2014 U.S.D.C. S.D.N.Y. CASHIERS

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___12/09/2014___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  ___12/10/2014___

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*
JOSE L. ARROYO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LINCOLN ROAD PRODUCTIONS, INC.,

**Plaintiff,**

v.

THE REIGN ENTERTAINMENT GROUP, *et al.*,

**Defendants.**

CIV. NO. 12-1895(JAG)

## AMENDED DEFAULT JUDGMENT

Pursuant to the Opinion and Order granting Attorneys' Fees (Docket No. 34) and the Order granting in part the Motion for Default Judgment (Docket No. 29), the Amended Default Judgment is hereby entered as follows:

1. Dismissing Plaintiff's negligence claim with prejudice;

2. In favor of Plaintiff against The Reign Entertainment Group in the amount of **$83,306.44**;

3. In favor of Plaintiff against Calvin Darden in the amount of **$78,306.44**; and

4. Attorneys' Fees in favor of Plaintiff in the amount **$16,662.84**.

Civil No. 12-1895(JAG)                                                    2

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of December, 2014.

>                                S/ Jay A. Garcia-Gregory
>                                JAY A. GARCIA-GREGORY
>                                United States District Judge



Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: _____ Deputy
Date: _____ DEC 1 0 2014